UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:14-cr-193-T-30AEP

JERRY ST. FLEUR

### FORFEITURE MONEY JUDGMENT

The United States moves, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for a personal money judgment against defendant Jerry St. Fleur (Doc. 34) in the amount of $61,704.00, representing the amount of proceeds he obtained as a result of the wire fraud scheme charged in Count One of the Indictment.

The defendant pleaded guilty to Counts One and Six of the Indictment, in violation of 18 U.S.C. §§ 1343 and 1028A, and the Court accepted his plea and adjudicated him guilty of these offenses.

Being fully advised in the premises, the Court finds that the United States has established that the defendant obtained $61,704.00 in proceeds as a result of the wire fraud scheme, in violation of 18 U.S.C. § 1343, for which he has been convicted in Count One of the Indictment. Accordingly, it is hereby

**ORDERED** that the motion (Doc. 34) of the United States is GRANTED.

It is further **ORDERED** that, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal

Procedure, defendant Jerry St. Fleur is liable to the United States of America for a forfeiture money judgment in the amount of $61,704.00, which represents the amount of proceeds he obtained as a result of the offense charged in Count One of the Indictment.

In accordance with Rule 32.2(b)(4) and his Plea Agreement (Doc. 24, at 10), the order of forfeiture will be final as to the defendant at the time it is entered.

The Court retains jurisdiction to enter any further order necessary for the forfeiture and disposition of any property belonging to the defendant, which the United States is entitled to seek as substitute assets under 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), up to and including the amount of the $61,704.00 forfeiture money judgment, and to address any third party claim that may be asserted in these proceedings.

**ORDERED** in Tampa, Florida, on September 5th, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record

F:\Docs\2014\14-cr-193 Order FMJ.docx